**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-6495

DONALD IVAN MCCRAY,

                    Plaintiff - Appellant,

          v.

CHAPEL HILL POLICE DEPARTMENT; REBECCA KOCH, Sergeant, Chapel
Hill Police,

                    Defendants - Appellees.

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham.  Paul Trevor Sharp,
Magistrate Judge.  (1:06-cv-00984-PTS)

Submitted:  August 21, 2008          Decided:  August 26, 2008

Before WILLIAMS, Chief Judge, and KING and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Donald Ivan McCray, Appellant Pro Se.  Kari Russwurm Johnson,
CRANFILL, SUMNER & HARTZOG, LLP, Raleigh, North Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Ivan McCray appeals the district court's[*] order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McCray v. Chapel Hill Police Dep't, No. 1:06-cv-00984-PTS (M.D.N.C., Mar. 19, 2008). We also deny McCray's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*]The parties consented to referral to a magistrate judge for final disposition under 28 U.S.C. § 636 (c) (2000).